IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-00573-RBJ                    ** RESTRICTED CASE **

UNITED STATES ex rel. FIORISCE LLC,

    Plaintiff,

v.

PERDOCEO EDUCATION CORPORATION,
COLORADO TECHNICAL UNIVERSITY, INC.,
AMERICAN INTERCONTINENTAL UNIVERSITY, INC.,

    Defendants.

---

## ORDER
---

The United States having not intervened in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that

1. the complaint be unsealed and served upon Defendants by Relator;

2. that ECF Nos. 5, 7, 11, 13, and 14 shall remain at a "Level 2" restriction;

3. that the Clerk of the Court is directed to unrestrict this case (except for ECF Nos. 5, 7, 11, 13, and 14, which will remain as restricted Level 2 documents);

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court will be sent to the United States; and that

7. should Relator or any Defendant propose that this action be voluntarily dismissed, settled, or otherwise voluntarily discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

Dated this 18th day of July, 2023.

BY THE COURT:

R. Brooke Jackson
Senior U.S. District Court Judge