**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**March 4, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

───────────────────────────

UNITED STATES ex rel. FIORISCE, LLC,

    Plaintiff - Appellee,

v.

COLORADO TECHNICAL UNIVERSITY, INC.,

    Defendant - Appellant,

and

PERDOCEO EDUCATION CORPORATION; AMERICAN INTERCONTINENTAL UNIVERSITY, INC.,

    Defendants.

------------------------------

THE ANTI-FRAUD COALITION,

    Amicus Curiae.

No. 24-1047
(D.C. No. 1:21-CV-00573-RBJ)
(D. Colo.)

───────────────────────────

**JUDGMENT**

───────────────────────────

Before **MATHESON**, **PHILLIPS**, and **McHUGH**, Circuit Judges.

───────────────────────────

This case originated in the District of Colorado and was argued by counsel.

It is the judgment of the court that the appeal is dismissed.

                    Entered for the Court

                    CHRISTOPHER M. WOLPERT, Clerk