# CONSTANTINE CANNON LLP

NEW YORK | WASHINGTON | SAN FRANCISCO

**Marlene Koury**
Partner
415-639-4012
mkoury@constantinecannon.com

March 10, 2025

**VIA CM/ECF**

The Honorable R. Brooke Jackson
U.S. District Court of the District of Colorado
Alfred A. Arraj U.S. Courthouse, Courtroom A902
901 19th Street
Denver, CO 80294

     RE: *United States ex rel. Fiorisce LLC v. Perdoceo et al.* (No. 1:21-cv-00573)

Dear Judge Jackson,

     We write to update the Court on the status of this matter, which has been on hold for more than a year pending the resolution of Defendant CTU's interlocutory appeal of the Court's January 2024 denial of CTU's motion to dismiss. On March 4, 2025, the Tenth Circuit dismissed that appeal for lack of jurisdiction, holding that the collateral order doctrine does not provide for interlocutory review of a denial of a motion to dismiss based on the False Claims Act's public disclosure bar. *See United States ex rel. Fiorisce LLC v. Colorado Technical University, Inc.*, No. 24-1047 (10th Cir. Mar. 4, 2025). With Defendant CTU's appeal dismissed, Relator is eager to move the litigation forward as soon as possible.

     At the time of the appeal, the parties had an agreed-upon and ordered Protective Order (ECF No. 62) and filed a stipulated Federal Rule of Evidence 502(d) Proposed Order (ECF No. 59) (the Court has not so-ordered this yet). The parties were also close to finalizing a proposed scheduling order and today, we circulated a revised version of the proposed scheduling order to CTU. The parties are continuing to negotiate an ESI protocol and expect to finalize one soon.

     Additionally, Relator previously moved to file a Second Amended Complaint (ECF No. 60), which the Court deferred pending the resolution of CTU's appeal. Now that the Tenth Circuit has dismissed the appeal, we respectfully request that the Court grant Relator's motion and schedule a status conference to discuss and resolve any other outstanding issues so we can resume this litigation at the Court's earliest convenience.

     Respectfully Submitted,

     /s/ Marlene Koury

     Marlene Koury
     CONSTANTINE CANNON LLP
     50 California Street, Suite 1500
     San Francisco, CA 94111

## CONSTANTINE CANNON LLP

NEW YORK | WASHINGTON | SAN FRANCISCO

cc: All Counsel of Record (via ECF)

Tel: (415) 639-4001
Fax: (415) 639-4002
mkoury@constantinecannon.com

2