# HUSCH BLACKWELL

Kyle P. Seelbach
Partner

8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Direct: 314.480.1882
Fax: 314.480.1505
kyle.seelbach@huschblackwell.com

March 11, 2025

**VIA CM/ECF**

The Honorable R. Brooke Jackson
U.S. District Court of the District of Colorado
Alfred A, Arraj U.S. Courthouse, Courtroom A902
901 19th Street
Denver, CO 80294

Re: *United States ex rel. Fiorisce LLC v. Perdoceo Educ. Corp.*, 1:21-CV-00573

Dear Judge Jackson:

Defendant Colorado Technical University, Inc. (CTU) writes in response to Relator's March 10, 2025 letter to again address this court's jurisdiction. Doc. 78. A notice of appeal divests the district court of its control over those aspects of the case involved in the appeal, and "[j]urisdiction is not returned to the district court until the appellate court enters a mandate." *Universitas Educ., LLC v. Avon Cap., LLC*, 124 F.4th 1231, 1242 (10th Cir. 2024); *Burton v. Johnson*, 975 F.2d 690, 693 (10th Cir. 1992); Fed. Judicial Ctr., *A Primer on the Jurisdiction of the U.S. Courts of Appeals* 2.08 (3d ed. 2023). Relator urges the court to move the litigation forward as soon as possible in light of the Tenth Circuit's decision to dismiss CTU's appeal in *United States ex rel. Fiorisce, LLC v. Colorado Tech. Univ., Inc.,* No. 24-1047, 2025 WL 679421 (10th Cir. Mar. 4, 2025).

Relator's request is premature. The Tenth Circuit has not yet issued its mandate, and it will not until after the time for CTU to file a petition for rehearing en banc has passed and, if such a petition is filed, after any order resolving such a petition. Fed. R. App. P. 41(b). CTU intends to file a petition for rehearing en banc in the Tenth Circuit by its March 18 deadline. Until the mandate is issued, the Tenth Circuit retains jurisdiction and the district court may not proceed.

The procedural history of this matter warrants a brief recounting. On January 18, 2024, after the Court denied the motion to dismiss as to CTU, CTU answered Relator's Amended Complaint. Doc. 53. That same day, Relator filed a letter requesting leave to file another amended complaint. Doc. 54. CTU filed an appeal on February 5, 2024, seeking review of the Court's order on the public disclosure bar under the collateral order doctrine. Doc. 57. Two days later, on February 7, 2024, Relator filed a formal motion for leave to file its second amended complaint, in which it drops its claims against AIU but again attempts to raise claims against Perdoceo Education Corporation in addition to CTU. Doc. 60. The Court requested briefing to address whether CTU's appeal deprived it of jurisdiction. Doc. 63. The parties filed their briefs as directed. Docs. 65, 69.

Husch Blackwell LLP

# HUSCH BLACKWELL

March 11, 2025
Page 2

The Court subsequently denied Relator's motion for leave, "[i]n view of the parties['] dispute concerning the Court[']s jurisdiction while CTU[']s appeal is pending." Doc. 75.

On March 4, 2025, the Tenth Circuit issued its order dismissing CTU's appeal. Doc. 76.

On Monday, March 10, 2025, Relator's counsel emailed me in an attempt to resume negotiations on the proposed scheduling order and ESI protocol in this case. In response, I informed Relator's counsel that such negotiations were premature because the Tenth Circuit has not issued its mandate and the time to seek rehearing has not elapsed. Fed. R. App. P. 40, 41(b). CTU intends to seek rehearing. If CTU is denied rehearing, a mandate would issue seven days later. Fed. R. App. P. 41(b).

In short, CTU's notice of appeal divested the court of jurisdiction. The Tenth Circuit retains jurisdiction until it issues its mandate, which has not occurred. Accordingly, the district court lacks jurisdiction to proceed.

Respectfully,

*/s/ Kyle P. Seelbach*
Kyle P. Seelbach
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, MO 63105
Direct: 314.480.1882
Fax: 314.480.1505
kyle.seelbach@huschblackwell.com

*Attorney for Defendant Colorado Technical University*

cc: All counsel of record (via CM/ECF)