# CONSTANTINE CANNON LLP

NEW YORK | WASHINGTON | SAN FRANCISCO

**Marlene Koury**
Partner
415-639-4012
mkoury@constantinecannon.com

April 9, 2025

**VIA CM/ECF**

The Honorable R. Brooke Jackson
U.S. District Court of the District of Colorado
Alfred A. Arraj U.S. Courthouse, Courtroom A902
901 19th Street
Denver, CO 80294

      RE: *United States ex rel. Fiorisce LLC v. Perdoceo et al.* (No. 1:21-cv-00573)

Dear Judge Jackson,

      We write to update the Court on the status of this matter. On March 4, 2025, the Tenth Circuit dismissed Defendant CTU's interlocutory appeal for lack of jurisdiction. *See U.S. ex rel. Fiorisce LLC v. Colorado Technical University, Inc.,* No. 24-1047 (10th Cir. Mar. 4, 2025). CTU petitioned for en banc review of that decision on March 18, 2025. *See id*. The Tenth Circuit denied the petition on April 1, 2025, and issued its mandate on April 9, 2025. *See id*.

      Relator is eager to move the litigation forward as soon as possible. The parties are working to finalize a revised version of the proposed scheduling order and are continuing to negotiate an ESI protocol and expect to finalize one soon.

      Additionally, as noted in our March 10, 2025, letter to the Court, Relator previously moved to file a Second Amended Complaint (ECF No. 60), which the Court deferred pending the resolution of CTU's appeal (ECF No. 63). Now that the Tenth Circuit has dismissed the appeal and issued its mandate, we respectfully request that the Court grant Relator's motion and schedule a status conference to discuss and resolve any other outstanding issues so we can resume this litigation at the Court's earliest convenience.

      Respectfully submitted,

*/s/ Marlene Koury*
Marlene Koury
CONSTANTINE CANNON LLP
50 California Street, Suite 1500
San Francisco, CA 94111
Tel: (415) 639-4001
Fax: (415) 639-4002
mkoury@constantinecannon.com

cc: All Counsel of Record (via ECF)

1