UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

April 09, 2025

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:** 24-1047, Fiorisce v. Colorado Technical University, et al
Dist/Ag docket: 1:21-CV-00573-RBJ

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's March 4, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Tanner Cook
      Jacklyn DeMar
      Joseph Diedrich
      Marlene Koury
      Kate Ledden
      Martin M. Loring
      Christopher McLamb
      Michael T. Raupp

    Gordon Schnell
    Kyle Seelbach
    Tejinder Singh
    Gregg Sofer
    Max Voldman

CMW/lg